# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

**FILED**
MAR 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Venue: San Francisco |
| V. | **CRIMINAL COMPLAINT** |
| PEK HOON MARGARET LIM | CASE NUMBER: 3 08 70183 |

JCS

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about <u>March 26, 2008</u> in <u>San Mateo County</u>, in the <u>Northern</u> District of <u>California</u> the defendant did,

**OFFENSE:** LIM encouraged and induced an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence was in violation of law, in violation of Title <u>8</u> United States Code, Section(s) <u>1324(a)(1)(A)(iv)</u>.

I further state that I am an <u>Enforcement Officer</u> and that this complaint is based on the following facts:
<span style="font-size:small">Official Title</span>

**SEE ATTACHED AFFIDAVIT IN SUPPORT OF THIS COMPLAINT**

**PENALTIES:** Imprisonment for not more than 10 years, a fine of not more than $250,000.00, a $100.00 dollar special assessment, and 3 years supervised release.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Warrant of Arrest Requested: ☐ Yes ☒ No
Bail Amount: **NO BAIL**

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

3/27/08 at San Francisco, California
Date                                  City and State

**Honorable Joseph C. Spero**
**United States Magistrate Judge**
Name & Title of Judicial Officer        Signature of Judicial Officer

| | |
|---|---|
| STATE AND NORTHERN DISTRICT OF CALIFORNIA | ) |
| | ) ss, AFFIDAVIT |
| CITY AND COUNTY OF SAN FRANCISCO | ) |

I, Janet A. Bailey, Enforcement Officer, U.S. Customs and Border Protection (CBP), being duly sworn, depose and state:

### I. INTRODUCTION AND PURPOSE OF AFFIDAVIT

1. This affidavit is submitted in support of a criminal complaint against PEK HOON MARGARET LIM for violating 8 U.S.C. § 1324(a)(1)(A)(iv). The facts set forth in this Affidavit are based on my personal knowledge and observations, my training and experience, and information related to me by other law enforcement officials. However, the facts set forth in this Affidavit are not all facts related to LIM that I know.

### II. AGENT'S BACKGROUND AND EXPERTISE

2. I have been an Officer with the U. S. Department of Homeland Security (DHS), CBP since March 1, 2003. Previously, I was employed as an Immigration Inspector with the U.S. Department of Justice, Immigration and Naturalization Service, beginning on June 2, 2002. My duties include the investigation and prosecution of violations of the Immigration and Nationality Act and related criminal immigration statutes that occur at ports of entry in the San Francisco District, including San Francisco International Airport ("SFO"), where I am stationed. I am familiar with the provisions of criminal statues pertaining to immigration violations, including 8 U.S.C. § 1324.

### III. APPLICABLE LAW

3. Title 8 U.S.C. § 1324(a)(1)(A)(iv) provides criminal penalties for any person who "encourages or induces an alien to come to, enter, or reside in the United States, knowing or in reckless disregard of the fact that such coming to, entry, or residence is or will be in violation of law."

### IV. FACTS ESTABLISHING PROBABLE CAUSE

4. PEK HOON MARGARET LIM is a 44 year old Singaporean female (DOB February 2, 1964). On March 26, 2008, LIM arrived at SFO on Japan Airlines flight 002 from Narita Airport in Japan. The defendant presented a valid Singapore passport, number S1656240H, Nonimmigrant Visa Waiver Arrival/Departure Form (I-94W), number 55872594316, and Customs Declaration Form 6059B. All the above documents were in the name of PEK HOON LIM, showing a DOB of February 2, 1964. LIM was travelling with another person, whom she identified as Choi Mei Chan, but was actually Jing Xin Jang, as explained below.

5.  In the primary inspections area of SFO, LIM presented the documents referred to in paragraph 4, above, as well as a Singapore passport, number S8980247F, I-94W, number 55872593416, in the name of Ms. Chan, with a date of birth of May 31, 1989. The defendant stated that Ms. Chan was her daughter. Both Ms. Chan and LIM were referred to a secondary inspection.

6.  In the secondary inspection area, LIM stated that Ms. Chan was her daughter. Ms. Chan later admitted, under oath in a sworn statement, that she and LIM were not related. Ms. Chan stated that her family paid for a passport, airline tickets, and lodging, before her arrival to San Francisco. Ms. Chan was in possession of a People's Republic of China (PRC) Identity Card, number 350105198511122725. The PRC ID Card was in the name of Jing Xin Jang and had Ms. Chan's photograph and a date of birth November 12, 1989. Ms. Chan then admitted that her true identity was Jing Xing Jang.

7.  Officers then read LIM her *Miranda* rights. LIM waived those rights and stated the following:

   a.  LIM was introduced to Ms. Jang, by "Big Brother" on or about March 18, 2008, in Bangkok, Thailand. "Big Brother" told LIM and Ms. Jang to pretend to be mother and daughter.

   b.  LIM and the real Choi Mei Chan checked in together in Singapore for their connecting flight to Narita Airport on Japan Airline flight 712, and traveled to Narita Airport. LIM described the real Choi Mei Chan as being an "older" Singaporean, and not Ms. Jang.

   c.  At Narita Airport, LIM met Ms. Jang in a restroom and together they met another man who gave them the fraudulent Singaporean passport for Ms. Jang. LIM knew that Ms. Jang was not Singaporean and that the passport she was given was a fraudulent passport.

   d.  LIM acknowledged that she knew what she was doing was illegal, but did it anyway because she was in financial debt. LIM received $1,000 Singaporean and $1,000 U.S. to assist Ms. Jang's entry into the U.S. LIM also stated that she was promised an additional $3,000 Singaporean when Ms. Jang entered the U.S.

   e.  LIM admitted that she had facilitated entry of aliens to the U.S. by illegal means on prior occasions.

## V. CONCLUSION

8.  On the basis of the above information, I submit that probable cause exists to believe that PEK HOON MARGARET LIM encouraged and induced an alien to enter the United States knowing that such entry was in violation of law.

_____
Janet A. Bailey
Enforcement Officer
U.S. Customs and Border Protection
U.S. Department of Homeland Security
San Francisco, California

Subscribed and sworn to before me this 27th day of March, 2008.

_____
The Honorable Joseph C. Spero
United States Magistrate Judge
Northern District of California
San Francisco, California