JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:    (415) 436-7071
    Facsimile:    (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 08-70183 JCS |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) ) | |
| PEK HOON MARGARET LIM, | ) ) | |
| Defendant. | ) ) | |

    On April 16, 2008, the parties in this case appeared before the Court for a status conference. At that time, the parties requested, and the Court agreed, to set the date for the defendant's preliminary hearing and arraignment on May 7, 2008. The parties further stipulated that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from April 17, 2008, through May 5, 2008. The parties agree that, taking into

Stipulation and [Proposed] Order Excluding Time
CR 08-70183 JCS     1

1  //
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and [Proposed] Order Excluding Time
CR 08-70183 JCS

2

1  account the public interest in prompt disposition of criminal cases, good cause exists for this
2  extension.
3     The defendant also agrees to exclude for this period of time any time limits applicable under
4  18 U.S.C. § 3161.  The parties represented that granting the continuance was the reasonable time
5  necessary for continuity of defense counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also
6  agreed that the ends of justice served by granting such a continuance outweighed the best
7  interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
8  SO STIPULATED:
9
10                                           JOSEPH P. RUSSONIELLO
                                             United States Attorney
11
12  DATED: April 30, 2008                           /s/
                                             TAREK J. HELOU
13                                           Assistant United States Attorney
14
15  DATED: April 30, 2008                           /s/
                                             GEOFFREY HANSEN
16                                           Attorney for Defendant Margaret Pek Hoon Lim
17
18     For the reasons stated above, the Court finds that exclusion of time from April 16, 2008
19  through May 7, 2008 is warranted and that the ends of justice served by the continuance
20  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161
21  (h)(8)(A); FRCP 5.1(d).  The failure to grant the requested continuance would deny the
22  defendant continuity of counsel, and would result in a miscarriage of justice.  18 U.S.C.
23  §3161(h)(8)(B)(iv).
24
25  SO ORDERED.
26
27  DATED: April 30, 2008                    _____
                                             THE HONORABLE JAMES LARSON
28                                           United States Magistrate Judge

Stipulation and [Proposed] Order Excluding Time
CR 08-70183 JCS                                                                              3