| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): 2 min. | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Simone Voltz | | | REPORTER/FTR<br>9:40-9:42 | | |
| MAGISTRATE JUDGE<br>Nandor J. Vadas | | DATE<br>June 24, 2008 | | | NEW CASE<br>☐ | CASE NUMBER<br>3-08-70183 JCS | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT<br>Pek Hoon Lim | | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Geoffrey Hansen | PD. ☐  RET. ☐<br>APPT. ☐ | |
| U.S. ATTORNEY<br>Tarek Helou | | INTERPRETER | | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER<br>Betty Kim | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | ☐ STATUS | |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT<br>Not Held 2 min. | | ☐ BOND HEARING | | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |
| **INITIAL APPEARANCE** | | | | | | | |
| ☐ ADVISED OF RIGHTS | | ☐ ADVISED OF CHARGES | | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME | | |
| **ARRAIGNMENT** | | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | | ☐ ARRAIGNED ON INDICTMENT | | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | | AMT OF SECURITY<br>$ | | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: | |
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY | |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| **PLEA** | | | | | | | |
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| TO:<br>6/27/08 | ☐ ATTY APPT HEARING | | ☐ BOND HEARING | | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET | |
| AT:<br>9:30 | ☐ SUBMIT FINAN. AFFIDAVIT | | ☒ PRELIMINARY HEARING OR ARRAIGN-MENT | | ☐ CHANGE OF PLEA | ☐ OTHER | |
| BEFORE HON.<br>BZ | ☐ DETENTION HEARING | | | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING | |
| ☒ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING | |
| **ADDITIONAL PROCEEDINGS** | | | | | | | |

AUSA to submit Stip and Proposed Order to Exclude Time

cc: BZ, NJV, JCS, Pretrial

DOCUMENT NUMBER:

*FILED JUN 24 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*